JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Dunn,<br><br>    Plaintiff,<br><br>    v.<br><br>Hanlon Properties, LLC, a California Limited Liability Company; Han Chaong Park; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-05708-CAS-JPR<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 20, 2014     *Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

1